IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CR-00063-RJC-DCK

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SEBASTIAN ALEXANDER MORRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion, (Doc. No. 46), requesting that the Court modify conditions of supervised release imposed as a result of his child pornography convictions, (Doc. No. 41: Judgment).

Local Criminal Rule 47.1(d) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion to Modify Conditions of Supervised Release within thirty (30) days of the entry of this Order.

Signed: February 14, 2018

Robert J. Conrad, Jr.
United States District Judge