IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CR-00063-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SEBASTIAN ALEXANDER MORRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion for Final Determination of Restitution. (Doc. No. 43).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). (Doc. No. 41: Judgment at 5). The government submits that no identifiable victims have requested restitution. (Doc. No. 43: Motion at 2). Therefore, the Court finds, by a preponderance of the evidence, that the defendant owes no restitution pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3663A.

**IT IS THEREFORE ORDERED** that the Judgment in this case, (Doc. No. 41), shall be amended to include a final restitution figure of $0.

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Financial Administration Unit of the Clerk's Office.

Signed: July 11, 2018

Robert J. Conrad, Jr.
United States District Judge