IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13-CR-00063-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| SEBASTIAN ALEXANDER MORRIS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit to consider modifying internet-use conditions of supervised release. (Doc. No. 60: Opinion and Judgment; Doc. No. 61: Mandate).

**IT IS, THEREFORE, ORDERED** that that the Federal Public Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

**IT IS FURTHER ORDERED** the parties shall file supplemental briefing addressing those conditions within thirty (30) days of the issuance of this Order. If there is no jointly proposed modification, this matter will be set for a hearing.

The Clerk is directed to certify copies of this Order the defendant, the Federal Public Defender, the United States Attorney, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: July 20, 2022

Robert J. Conrad, Jr.
United States District Judge