UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:13-cr-00063-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| SEBASTIAN ALEXANDER MORRIS | ) |

**THIS MATTER** is before the Court upon the parties' Joint Motion to Amend Judgment relating to conditions of the defendant's supervision. (Doc. No. 67).

The United States Court of Appeals for the Fourth Circuit vacated two of the sex offender conditions and remanded the matter for further proceedings. (Doc. No. 60: Opinion at 3). The parties have now proposed revised conditions which the Court finds are reasonably related to the factors to consider for supervised release sentences, involve no greater deprivation of liberty than is reasonably to accomplish their purposes, and are consistent with pertinent policy statements issued by the Sentencing Commission. 18 U.S.C. § 3583(d).

**IT IS, THEREFORE, ORDERED** that an amended judgment shall be issued modifying the sex offender conditions of supervision as follows:

7. Except as required for employment (see Sex Offender Condition 4), the defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer. Such computers,

computer hardware or software is subject to warrantless searches and/or seizures by the U.S. Probation Office.

12. The defendant shall not have any peer-to-peer networking accounts or software, including but not limited to LimeWire and Ares. The defendant may have social media accounts, including but not limited to Facebook, Instagram, and Twitter. However, pursuant to Sex Offender Conditions 8 and 10, software monitoring must be installed on any computer the defendant uses to access social media, and the defendant must provide all social media usernames and passwords to the U.S. Probation Officer.

The Clerk is directed to certify copies of this order to the defendant, the United States Attorney, the United States Probation Office, and the Clerk of Court for the United States Court of Appeals for the Fourth Circuit.

Signed: September 12, 2022

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge